# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1143
Lower Tribunal No. 18-22597
_____

**Orlando Canto,**
Appellant,

vs.

**Nilia Cribeiro,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Ayala Law, P.A., and Eduardo A. Maura and Orestes D. Garcia, for appellant.

Airan Law, P.A., and Damodar S. Airan, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.